**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JO MINTURN, : | |
| : | Case No. 2:10 cv 396 |
| Plaintiff, : | |
| : | JUDGE WATSON |
| v. : | |
| : | |
| THE OHIO STATE UNIVERSITY, : | |
|    Student Health Services | |
| : | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

     Now comes Plaintiff, by and through the undersigned counsel, and hereby notifies the Court that a settlement has been reached in the above captioned case.  Plaintiff hereby dismisses all of her claims against Defendant, with prejudice, pursuant to Rule 41(a). Each party to bear her/its own costs.


| | |
|---|---|
| _s/ Carla E. Oglesbee_ | _s/ Christina L. Corl_ |
| Carla E. Oglesbee (0070896) | Christina L. Corl  (0067869) |
| Attorney at Law | Crabbe, Brown & James |
| 5248 Bethel-Reed Park | 500 South Front Street |
| Columbus, Ohio  43220 | Suite 1200 |
| 614-442-7580 tel. | Columbus, Ohio  43215 |
| 614-442-8718 fax | 614-229-4562 tel. |
| Attorney for Plaintiff | Attorney for Defendant |